# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

JOLEE AL-VILLAR,

      Plaintiff,

vs.                                                                                      No. CIV 12-0896 JB/CG

MICHAEL B. DONLEY, in his official
capacity as Secretary of United States
Air Force,

      Defendant.

### <u>ORDER</u>[1]

**THIS MATTER** comes before the Court on Defendant's Motion to Dismiss Claims II, III, and IV of Plaintiff's Third Amended Complaint and Supporting Memorandum, filed April 15, 2014 (Doc. 31)("Motion").  The Court held a hearing on November 12, 2014.  The Court will grant the Motion.

**IT IS ORDERED** that Defendant's Motion to Dismiss Claims II, III, and IV of Plaintiff's Third Amended Complaint and Supporting Memorandum, filed April 15, 2014 (Doc. 31), is granted.

 

 

_____
UNITED STATES DISTRICT JUDGE

---

[1]This Order disposes of Defendant's Motion to Dismiss Claims II, III, and IV of Plaintiff's Third Amended Complaint and Supporting Memorandum, filed April 15, 2014 (Doc. 31).  The Court will, however, at a later date issue a memorandum opinion more fully detailing its rationale for this decision.

*Counsel:*

Pia Gallegos
Albuquerque, New Mexico

--and--

Amelia P. Nelson
APNLAW, LLC
Albuquerque, New Mexico

     *Attorneys for the Plaintiff*

Damon P. Martinez
  United States Attorney
Michael H. Hoses
Karen Grohman
  Assistant United States Attorneys
Albuquerque, New Mexico

     *Attorneys for the Defendant*